UNITED STATES DISTRICT COURT
<u>NORTHERN DISTRICT OF NEW YORK</u>

|  |  |
|---|---|
| IN RE BRUCE MARTIN, | Chapter 13<br>Bankr. Case No. 04-17210 |
|  | Dist. Ct. Case No. **1:05-CV-1586** |
| Debtor. | (LEK) |

### DECISION AND ORDER

Appellant George Hom ("Appellant" or "Hom") is appealing from an Oral Order of the United States Bankruptcy Court for the Northern District of New York (*Littlefield, B.J.*), dated November 10, 2005, which was followed by a Written Order of the United States Bankruptcy Court for the Northern District of New York (*Littlefield, B.J.*), dated December 7, 2005. Hom's Notice of Appeal was dated December 2, 2005, and filed December 8, 2005. Dkt. Nos. 1 & 2. Appellant has not complied with Bankruptcy Rule 8006, and this Court has received the Notice of Non-Compliance from the Clerk of the Bankruptcy Court. Dkt. No. 2. No extension of time has been granted. <u>Id.</u>

Accordingly, it is hereby:

**ORDERED**, that the appeal is **DISMISSED**; and it is further

**ORDERED**, that the Clerk of the Court shall serve copies of this Order by regular mail upon the parties to this action.

**IT IS SO ORDERED**.

DATED:   December 28, 2005
         Albany, New York

_____
Lawrence E. Kahn
U.S. District Judge