=================================================================

\* \* \* \* \* UNITED STATES DISTRICT COURT \* \* \* \* \*

<u>      NORTHERN      </u>  DISTRICT OF <u>     NEW YORK     </u>

JUDGMENT IN A CIVIL CASE

DOCKET NO. 1:05-CV-1586 (LEK)

**Bankruptcy Case No.** 04-17210

<u>                              </u>

**IN RE BRUCE MARTIN**

<u>                                     </u>

<u>            </u>  **JURY VERDICT.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

<u>    XX      </u>  **DECISION by COURT.** This action came to trial or hearing before the Court. The issues have been tried and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that in the above entitled action, the case is DISMISSED in its ENTIRETY, in accordance with the DECISION and ORDER of the Honorable Lawrence E. Kahn, United States District Judge, dated December 28, 2005.

**DATE:** <u>  December 28, 2005      </u>

<u>**LAWRENCE K. BAERMAN**                </u>
CLERK OF THE COURT

*Scott A. Snyder*
**Courtroom Deputy to the**
**Honorable Lawrence E. Kahn**